| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name** — **COLONIAL MEDICAL MANAGEMENT CORP**

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN) — **66-0765464**

4. **Debtor's address**

   **Principal place of business**

   **CARR 402 KM 1.8**
   **BO. MARIAS**
   **Anasco, PR 00610**
   Number, Street, City, State & ZIP Code

   **Anasco**
   County

   **Mailing address, if different from principal place of business**

   **PO BOX 1716**
   **Anasco, PR 00610**
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor __COLONIAL MEDICAL MANAGEMENT CORP_____ Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☑ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__1491__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.

☑ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | **PUERTO RICO DISTRICT** | **3/13/17** | **14-01922** |
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

Debtor **COLONIAL MEDICAL MANAGEMENT CORP**     Case number (*if known*) _____
    Name

**11. Why is the case filed in *this district?***  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | COLONIAL MEDICAL MANAGEMENT CORP | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November 21, 2017**
MM / DD / YYYY

X **/s/ LUIS JORGE LUGO VELEZ**          **LUIS JORGE LUGO VELEZ**
Signature of authorized representative of debtor          Printed name

Title  **PRESIDENT**

**18. Signature of attorney**

X **/s/ ADA M. CONDE, ESQ.**          Date **November 21, 2017**
Signature of attorney for debtor          MM / DD / YYYY

**ADA M. CONDE, ESQ.**
Printed name

**1611 Law and Justice for All, Inc.**
Firm name

**PO Box 11674**
**San Juan, PR 00908-3268**
Number, Street, City, State & ZIP Code

Contact phone _____  Email address _____

**USDCPR206209**
Bar number and State

Fill in this information to identify the case:
Debtor name: **COLONIAL MEDICAL MANAGEMENT CORP**
United States Bankruptcy Court for the: **DISTRICT OF PUERTO RICO**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| ADVANCE RADIOLOGY PO BOX 4129 Mayaguez, PR 00681 | | | | | | $9,388.00 |
| AIREL LUIS TORRES RIVERA PO BOX 1415 Sabana Grande, PR 00637 | | PROFESIONAL SERVICES | | | | $6,174.00 |
| ALLIED COMPUTER SERVICES INC. PO BOX 3320 Caguas, PR 00726-3320 | | SERVICES | | | | $10,000.00 |
| BECKMAN COULTER PUERTO RICO INC. PO BOX 742075 Atlanta, GA 30384 | | MATERIALS | | | | $26,959.00 |
| CARLA VANESSA CASTRO MD 37 BELLA VISTA GARDENS Mayaguez, PR 00680 | | PROFESSIONAL SERVICES | | | | $3,780.00 |
| DEPARTAMENTO DEL TRABAJO NEGOCIADO SEGURIDAD DE EMPLEO AVE. MUNOZ RIVERA 505 San Juan, PR 00919 | | LABOR -ESTIMATED | Disputed | | | $5,000.00 |
| DIAGNOSTIC IMAGING SUPPLIES & SERV PO BOX 11923 San Juan, PR 00922 | | SERVICES | | | | $11,559.34 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Debtor **COLONIAL MEDICAL MANAGEMENT CORP**   Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **GUMEDIC HOSPITAL SUPPLIES**<br>HC-7 BOX 25200<br>Mayaguez, PR 00680 | | **SUPPLIES** | | | | $12,505.71 |
| **HOSPIRA PUERTO RICO LLC**<br>PO BOX 71365<br>San Juan, PR 00936 | | **SUPPLIES** | | | | $4,017.78 |
| **KRK MEDICAL**<br>PO BOX 367391<br>San Juan, PR 00936 | | **SUPPLIES** | | | | $4,090.13 |
| **LEASE OPTION COMPANY INC.**<br>PO BOX 40851<br>San Juan, PR 00940 | | **LEASE DEFICIENCY - DISPUTED** | **Disputed** | | | $265,913.00 |
| **LISMARY TORRES RODRIGUEZ**<br>URB. ALTURAS DE YAUCO<br>M21 CALLE 7<br>Yauco, PR 00698 | | **SERVICES** | | | | $4,366.00 |
| **LUIS LUGO VELEZ MD**<br>PO BOX 712<br>Mercedita, PR 00715 | | **CAPITAL** | | | | $251,638.88 |
| **MEDICAL & VACCINE PRODUCTS INC DBA DE VICTORIA MEDICAL**<br>PO BOX 7468<br>Caguas, PR 00726 | | **SUPPLIES** | | | | $7,101.52 |
| **MEDIX CORP**<br>PO BOX 363<br>Mercedita, PR 00715 | | **SERVICES** | | | | $6,550.00 |
| **MUNICIPIO DE ANASCO**<br>PO BOX 1385<br>Anasco, PR 00610-1385 | | **MEDICAL FACILITIES LEASE** | **Disputed** | | | $659,399.99 |
| **POPULAR AUTO**<br>PO BOX 366818<br>San Juan, PR 00936-6818 | | **LEASE DEFICIENCY - ESTIMATED** | **Disputed** | | | $10,000.00 |
| **SABIAMED**<br>PO BOX 6150<br>Caguas, PR 00726 | | **SERVICES** | | | | $5,895.00 |
| **UMECO, INC.**<br>PO BOX 195536<br>San Juan, PR 00919 | | **SUPPLIES** | | | | $8,139.85 |

| Debtor | **COLONIAL MEDICAL MANAGEMENT CORP** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **UNIVERSAL CARE CORP** <br> **PO BOX 1051** <br> **Sabana Seca, PR 00952** | | **SUPPLIES** | | | | $3,838.71 |

| | | |
|---|---|---|
| COLONIAL MEDICAL MANAGEMENT CORP<br>PO BOX 1716<br>ANASCO, PR 00610 | BRENDA SOTO VALLE<br>HC 60 BOX 15373<br>AGUADA, PR 00602 | DRUGS UNLIMITED<br>PO BOX 11797<br>SAN JUAN, PR 00910 |
| ADA M. CONDE, ESQ.<br>1611 LAW AND JUSTICE FOR ALL, INC.<br>PO BOX 11674<br>SAN JUAN, PR 00908-3268 | CARLA VANESSA CASTRO MD<br>37 BELLA VISTA GARDENS<br>MAYAGUEZ, PR 00680 | EFRAIN DIAZ CARRASQUILLO M<br>PMB 168 BOX 144100<br>ARECIBO, PR 00614 |
| ADMIRAL INSURANCE<br>MB&W BUILDING<br>28000 CANNON RD<br>BEDFORD, OH 44146 | CARLOS QUINTANA SANTIAGO<br>BO. ALGARROBO<br>604 CARR 104<br>MAYAGUEZ, PR 00682 | EL SUPERMERCADO MEDICO IN<br>CALLE SAN ANTONIO INT 10<br>HORMIGUEROS, PR 00660 |
| ADVANCE RADIOLOGY<br>PO BOX 4129<br>MAYAGUEZ, PR 00681 | CARMEN TORRES FIGUEROA<br>PO BOX 453<br>AGUADA, PR 00602 | ELEIDA MELENDEZ GALARZA<br>HC-05 BOX 11037<br>MOCA, PR 00676 |
| AIREL LUIS TORRES RIVERA<br>PO BOX 1415<br>SABANA GRANDE, PR 00637 | CLARO<br>PO BOX 70366<br>SAN JUAN, PR 00936-8366 | ER PROFESSIONAL SERVICES C<br>HC 03 BOX 30384<br>AGUADILLA, PR 00603 |
| ALLIED COMPUTER SERVICES INC.<br>PO BOX 3320<br>CAGUAS, PR 00726-3320 | CLINICAL DIAGNOSTICS OF PR LLC<br>PMB 590<br>PO BOX 29029<br>SAN JUAN, PR 00929 | ERVIN SANTIAGO ALICEA<br>HC 37 BOX 5495<br>GUANICA, PR 00653 |
| AMY SUAREZ CANCEL<br>PO BOX 359<br>HORMIGUEROS, PR 00660 | DEPARTAMENTO DEL TRABAJO<br>NEGOCIADO SEGURIDAD DE EMPLEO<br>AVE. MUNOZ RIVERA 505<br>SAN JUAN, PR 00919 | F. BARAGANO INC<br>PO BOX 364421<br>SAN JUAN, PR 00931 |
| BECKMAN COULTER PUERTO RICO INC<br>PO BOX 742075<br>ATLANTA, GA 30384 | DIAGNOSTIC IMAGING SUPPLIES & SERV<br>PO BOX 11923<br>SAN JUAN, PR 00922 | BABY AIR CONDITIONING & AUTO<br>CARR 2 KM 141.85<br>BO. QUEBRADA LARGA<br>ANASCO, PR 00610 |
| BERNARDO MALAGA COLLAZO MD<br>HC1 BOX 4539<br>RINCON, PR 00677 | DOCUMENT MANAGEMENT SOLUTIONS<br>LA CUMBRE 273 SIERRA MORENA<br>PMB 132<br>SAN JUAN, PR 00926 | GENTECH BIOMEDICAL INC<br>PO BOX 192438<br>SAN JUAN, PR 00919 |

GUMEDIC HOSPITAL SUPPLIES
HC-7 BOX 25200
MAYAGUEZ, PR 00680

KIARA DENISE NORIEGA SOTO
HC 58 BOX 13584
BO. ATAYALA
AGUADA, PR 00602

LCDA MARIA DEL C GITANY AL
PO BOX 3898
MAYAGUEZ, PR 00681-3898


HENRY SUAREZ RAMOS P/C
LCDO EITON ARROYO MUNIZ
00681

KRK MEDICAL
PO BOX 367391
SAN JUAN, PR 00936

LCDO ALEJANDRO J FERNANDEM
PO BOX 29314
SAN JUAN, PR 00929


HIRAM SANTANA BONET
REPARTO UNIVERSIDAD
CALLE 8 E1
SAN GERMAN, PR 00683

LAB CARE INSTRUMENTS CORP
PMB 738
WINSTON CHURCHILL AVE 138
SAN JUAN, PR 00928

LCDO EITON ARROYO MUNIZ
153 CALLE ERINQUE VAZQUEZ B
MAYAGUEZ, PR 00681


HOSPIRA PUERTO RICO LLC
PO BOX 71365
SAN JUAN, PR 00936

LABORATORIO CLINICO TOLEDO, INC.
51 CALLE PALMA
ARECIBO, PR 00612

LEASE OPTION COMPANY INC.
PO BOX 40851
SAN JUAN, PR 00940


IMAGE FIRST
PO BOX 371325
CAYEY, PR 00737

LABORATORIO M LANDRON
CALLE JJ ACOSTA 46
VEGA BAJA, PR 00693

LISMARY TORRES RODRIGUEZ
URB. ALTURAS DE YAUCO
M21 CALLE 7
YAUCO, PR 00698


IVETTE ROSADO ORTEGA
URB LA CONCEPCION
B-7 CALLE ATOCHA
GUAYANILLA, PR 00656

LABTECH SOLUTIONS CORP
STREET 11 URB MONTE CARLO
NUM. 1290
SAN JUAN, PR 00924

LIZMARIE VEGA CHAPARRO
RR 01 BOX 2396
ANASCO, PR 00610


JAQUELINE CRESPO ARROYO
PO BOX 2097
ANASCO, PR 00610

LCDA DAMARIS QUINONES VARGAS
PO BOX 429
CABO ROJO, PR 00623

LUIS LUGO VELEZ MD
PO BOX 712
MERCEDITA, PR 00715


JORGE L OTERO TORRES
URB. JARDINES DEL CARIBE
CALLE 1 #108
PONCE, PR 00728

LCDA JULIETTE DONATO BOFILL
PBM 375
1353 AVE LUIS VIGOREAUX
GUAYNABO, PR 00966-2715

LUZ N RODRIGUEZ MERCADO M
HC 02 6216
GUAYANILLA, PR 00656


KELVIN MARTEL GONZALEZ
PO BOX 937
ANASCO, PR 00610

LCDA LOURDES GANDARILLA TRABAL
DPT TRABAJO EDIF PRUDENCIO MARTINEZ
AVE MUNOZ RIVERA 505
SAN JUAN, PR 00908

MAN SCIENCES GROUP
PO BOX 3876
CAROLINA, PR 00984

MEDICAL & VACCINE PRODUCTS INC
DBA DE VICTORIA MEDICAL
PO BOX 7468
CAGUAS, PR 00726

PEDRO J ALMODOVAR VEGA
HALPER STEAK
2412 SAND LAKE RD
ORLANDO, FL 32809

UMECO, INC.
PO BOX 195536
SAN JUAN, PR 00919

MEDICAL BIOTRONICS, INC.
PO BOX 2952
BAYAMON, PR 00957

PHARMA MEDICAL DISTRIBUTORS CORP
PO BOX 2087
COAMO, PR 00769

UNIVERSAL CARE CORP
PO BOX 1051
SABANA SECA, PR 00952

MEDIX CORP
PO BOX 363
MERCEDITA, PR 00715

POPULAR AUTO
PO BOX 366818
SAN JUAN, PR 00936-6818

VANESSA MERCADO ORTIZ
54 CALLEJON SIMPSON
SAN GERMAN, PR 00683

MIRTA CAMACHO PACHECO
HC 04 BOX 11725
YAUCO, PR 00698

RICARDO MACHADO TORRES MD
PO BOX 619
ANASCO, PR 00610

WATCHES4U
CALLE 65 DE INFATERIA
SECTOR PUEBLO NUEVO
SABANA GRANDE, PR 00637

MULTI GASES PR
PO BOX 1153
CAMUY, PR 00627

ROSABEL QUNONES PINA MD
URB. EL PEDREGAL
CALLE CUARZO G-53
SAN GERMAN, PR 00683

WESTERN PAPER
PO BOX 3996
AGUADILLA, PR 00605

MUNICIPIO DE ANASCO
PO BOX 1385
ANASCO, PR 00610-1385

S & R MEDICAL WATE DISPOSAL INC
COM LAS FLORES
CALLE MARGARITA BXN 9
AGUADA, PR 00602

YAMILETTE VELEZ GONZALEZ M
BO BALBOA
ARENAL 21
MAYAGUEZ, PR 00682

NYPRO MEDICAL OF PR
PO BOX 810263
CAROLINA, PR 00983

SABIAMED
PO BOX 6150
CAGUAS, PR 00726

ZYZON LABORATORY SUPPLIES
PO BOX 2081
AGUADA, PR 00602

OLGA J MARTINEZ AMOROS
15 ERLICH COURT
LAJAS, PR 00667

SUR COPY INC
EXTE SANTA TERESITA
AVE EMILIO FAGOT 3237
PONCE, PR 00730-4642

PEDRO HERNANDEZ VALENTIN
CALLE FAMBOYAN 128
ENSENADA, PR 00647

TORCOS
CHEMICAL & JANITORIAL SUPPLIES
PO BOX 29708
SAN JUAN, PR 00929

# United States Bankruptcy Court
## District of Puerto Rico

In re: **COLONIAL MEDICAL MANAGEMENT CORP**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **COLONIAL MEDICAL MANAGEMENT CORP** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 21, 2017**
Date

/s/ ADA M. CONDE, ESQ.
**ADA M. CONDE, ESQ.**
Signature of Attorney or Litigant
Counsel for **COLONIAL MEDICAL MANAGEMENT CORP**
**1611 Law and Justice for All, Inc.**
**PO Box 11674**
**San Juan, PR 00908-3268**