### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 17-06925 BKT |
| COLONIAL MEDICAL MANAGEMENT CORP. | CHAPTER 11 |
| Debtor | |

### OBJECTION TO CLAIM NO. 8 OF SABIAMED

**TO THE HONORABLE COURT:**

**COMES NOW** Debtor through the undersigned attorney and very respectfully **ALLEGES, STATES and PRAYS** the following:

1. SABIAMED filed an unsecured non-priority claim for the amount of $28,203.00. The claims related to services that should have been provided to Debtor for an electronic medical records system.

2. Debtors object the claim because SABIAMED did not comply with the terms of the service contract. The system, including the use and licenses to implement the electronic medical record systems never worked even all the requests and claims by Debtor.

**WHEREFORE**, Debtor respectfully prays that this court to grant this objection to claim no.8 of creditor SABIAMED and disallow the same.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this September 17, 2018.

### NOTICE

Notice is hereby given to all creditors and all parties with interest to file an objection to this motion in thirty (30) days. If an objection is not filed the Court, after considering the grounds of this motion, this motion could be granted.

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**: That on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to U.S. Trustee. I further certify that I have served this document by electronic means to the CM/ECF participants and by first class mail to Sabiamed, Attention: Manager, Officer, Agent and/or Efren Santiago López, PO Box 6150, Caguas, PR 00726 and to the non CM/ECF participants and to all creditors and parties with interest as per the attached master address list.

/s/ Ada M. Conde
ADA M. CONDE, ESQ.
USDCPR 206209
1611 Law and Justice for All, Inc.
PO BOX 13268 San Juan PR 00908
courtnotices1611@gmail.com
1611lawandjustice@gmail.com