IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED - SJ-PR

USBC '18 OCT 17 PM 3:19

| | |
|---|---|
| COLONIAL MEDICAL MANAGEMENT CORP | CASE NUMBER 17-06925-BKT |
| DEBTOR(S) | CHAPTER 11 |

### Response to Objection to Claim by Debtor

**TO THE HONORABLE COURT:**

NOW COMES SABIAMED, Claimant in the above captioned case, through the undersigned counsel very respectfully alleges and requests:

1. Debtor filed an objection to claim on September 17, 2018 on Claim number 8 filed by SABIAMED.

2. The basis for the objection is a single conclusory statement which is reproduced below:

    > Debtors object the claim because SABIAMED did not comply with the terms of the service contract. The system, including the use and licenses to implement the electronic medical record systems never worked even all the requests and claims by Debtor.

3. The objection of the claim filed by Debtor, on its face, has not presented enough evidence to overcome Claimant's prima facie evidence of validity as illustrated by the Federal Rules of Bankruptcy Procedure.

4. In accordance to Rule 3001 of the Federal Rules of Bankruptcy Procedure, Correctly filed proofs of claim "constitute prima facie evidence of the validity and amount of the claim.

5. To overcome this prima facie evidence, an objecting party must come forth with evidence which, if believed, would refute at least one of the allegations essential to the claim." See *Sherman v. Novak (In re Reilly),* 245 B.R. 768, 773 (2d Cir. B.A.P. 2000).

6. If the objector does not "introduce […] evidence as to the invalidity of the claim […], the claimant need offer no further proof of the merits of the claim." 4 COLLIER ON BANKRUPTCY ¶ 502.02 (Alan N. Resnick & Henry J. Sommer eds., 16th ed. 2014).

7. The Bankruptcy Code provides that claims may be disallowed if "unenforceable against the debtor and property of the debtor, under any agreement or applicable law." See 11

1

U.S.C. § 502(b)(1). (our emphasis)

8. To determine whether a claim is allowable by law, bankruptcy courts look to "applicable nonbankruptcy law."

9. Claim number 8 filed by SABIAMED meets all the requirements set forth in Rule 3001 of the Federal Rules of Bankruptcy Procedure to constitute prima facie evidence of the validity and amount of the claim having provided a certified breakdown of the claim amount and having also included the basis for the claim, the contractual agreement between Debtor and SABIAMED.

10. Debtor's single conclusory statement without any other corroborating evidence of its assertion does not overcome the prima facie validity of the Proof of Claim.

11. Furthermore, Debtor's allegation is wholly incorrect as SABIAMED did comply with the Agreement between the parties.

12. Contracts in Puerto Rico are governed by the Civil Code of Puerto Rico. Article 1044 of the PR Civil Code provides: "[o]bligations arising from contracts have legal force between the contracting parties, and must be fulfilled in accordance with their stipulations." P.R. Laws Ann. Tit. 31 § 2994. Article 1207 of the PR Civil Code establishes: "[t]he contracting parties may make the agreement and establish the clauses and conditions which they may deem advisable, provided they are not in contravention of law, morals, or public order." P.R. Laws Ann. Tit. 31, § 3372.

13. With respect to the products, services offered contracted and provided to Colonial Medical Management Corporation (COMEDCO) the following modules were installed: ClinNet Emergency Room; ClinNet Electronic Medical Record; ClinNet Laboratory; ClinNet Radiology; ClinNet Registration ER and OPD; ClinNet Billing. Also, Sabiamed installed, configured and performed tests on the infrastructure of the COMs on the server, from the database (SQL) on the server and created the users on the Domain (COMEDCO).The above was put into operation on June 3, 2013. Sabiamed also provided technical support at the facility during the implementation of the program from June 3, 2013 to June 7, 2013 and after the implementation, Sabiamed offered support and technical support 24/7 via telephone or email HelpStar. **See Attachment #1 – Unsworn Statement.**

14. Therefore, Sabiamed provided the products acquired by Debtor and rendered all services required under the Agreement. Sabiamed has also complied with Debtor's service requests

as shown by attached call log. See Attachment #2.

15. Comedco never informed Sabiamed of any circumstance that would constitute a material breach under the Agreement. Therefore, SABIAMED complied with all the terms of the Agreement between the parties and Debtor did not allege any action that would have constituted a material breach of the contract. Consequently, Debtor's objection to Claim number 8 should be denied on its face as well as on the merits.

**WHEREFORE** Claimant requests from this Honorable Court to deny Debtor's Objection to Claim number 8, with such relief which is just and proper.

**RESPECTFULLY SUBMITTED**
In Caguas, Puerto Rico on this Wednesday, October 17, 2018.

### Notice

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless:(i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

**I HEREBY CERTIFY** that the foregoing motion has been electronically filed through CM/ECF electronic filing system which will serve the same to all parties in interest.

s/: Yazmet Perez-Giusti
USDC-PR No. 305406
s/ Rafael Díaz-González
USDC No. 303703
PO Box 4980
Caguas, Puerto Rico, 00926
Telephone: (787) 653-1796
Fax: (787) 653-2181
yazperez@himapr.com
raediaz@himapr.com

3



Puerto Rico Headquarters:
P.O. Box 6150
Caguas, P.R. 00726

Phone:
787.653.7000
Fax:
787.653.0707

## Statement under Penalty of Perjury

I, Engels Sosa Ventura, of legal age, Practice Manager of Sabiamed Corporation, under penalty of perjury under Federal law declare as follows:

1. I am of the personal circumstances described above.
2. That on May 3rd, 2012, Sabiamed Corporation and Colonial Medical Management Corporation ("COMEDCO") engaged in the agreement included in the Proof of Claim, Case No. 17-06925BKT.
3. I hereby certify in relation to the products, services offered contracted and provided to Colonial Medical Management Corporation (COMEDCO) that:
    (1) The following modules were installed: ClinNet Emergency Room; ClinNet Electronic Medical Record; ClinNet Laboratory; ClinNet Radiology; ClinNet Registration ER and OPD; ClinNet Billing.
    (2) Sabiamed installed, configured and performed tests on the infrastructure of the COMs on the server, from the database (SQL) on the server and created the users on the Domain (COMEDCO).
    (3) The above was put into operation on June 3, 2013.
    (4) Sabiamed also provided technical support at the facility during the implementation from June 3, 2013 to June 7, 2013.
    (5) After the implementation, Sabiamed offered support and technical support 24/7 via telephone or email HelpStar.
4. Therefore, Sabiamed provided the products acquired by Debtor and rendered all services required under the Agreement.
5. Sabiamed has also complied with all of Debtor's service requests as shown by attached call log.
6. Comedco never informed Sabiamed of any circumstance that would constitute a material breach under the Agreement.
7. Therefore, Sabiamed complied with all the terms of the Agreement between the parties and Debtor. The debtor owes the amounts certified in the proof of claim.

In witness thereof, I provide this declaration under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief and sign this statement under penalty of perjury.

In Caguas, Puerto Rico, on October 17, 2018.

Engels Sosa Ventura

www.clinnext.com

| ID | Description | Queue | Assigned To | Customer | Category | Status | Date |
|---|---|---|---|---|---|---|---|
| 117925 | Instalacion | Dispatch | Lindi Chaparro | CDT Añasco | Salud | Closed | 09/17/2012 1:15 PM |
| 117926 | llevarse computadoras | Dispatch | Lindi Chaparro | CDT Añasco | Salud | Closed | 09/17/2012 1:20 PM |
| 135284 | Solicitud Activación | Inbox\Carlos Vaca | David Alicea | CDT Añasco | Billing | Closed | 05/23/2013 1:15 PM |
| 136174 | [OnCall] Situaciones CDT Anasco | Inbox\Josue Sanchez Sanchez | Peter Hernandez | CDT Añasco | System Wide Problem | Closed | 06/09/2013 10:59 AM |
| 136230 | CDT AÑASCO Cambios en UB-04 | Dispatch | Elvin Santiago | CDT Añasco | Billing | Closed | 06/10/2013 1:46 PM |
| 136234 | CDT AÑASCO Cambios en forma cms1500 | Inbox\Fermin Fracinetti | Elvin Santiago | CDT Añasco | Billing | Closed | 06/10/2013 1:59 PM |
| 136252 | facturacion secundaria añasco | Dispatch | Erving Santiago | CDT Añasco | Billing | Closed | 06/10/2013 4:41 PM |
| 136635 | Clinnet frizado | Dispatch | Peter Hernandez | CDT Añasco | Emergency Room | Closed | 06/17/2013 1:51 PM |
| 136711 | CDTAÑASCO - Triage | Inbox\Ana Claribel Quiroz | Bethzaida Ruiz | CDT Añasco | Emergency Room | Closed | 06/18/2013 11:32 AM |
| 136737 | Reporta que se fue la luz y al volver se bloqueo la computadora y no se saben el password. | Dispatch | Anidel Cortes | CDT Añasco | Emergency Room | Closed | 06/18/2013 3:42 PM |
| 137838 | CDT AÑASCO Reportes | Inbox\Josue Sanchez Sanchez | Jose A. Vargas (Añasco) | CDT Añasco | Laboratory | Closed | 07/07/2013 4:33 PM |
| 139587 | llamada Oncall CDT Añasco | Inbox\Armando Gonzalez | Bethzaida Ruiz | CDT Añasco | Emergency Room | Closed | 08/03/2013 11:04 AM |
| 140374 | CDT AÑASCO Reporte Compromisos de pago CDT AÑASCO | Inbox\Ana Claribel Quiroz | Brenda Duran | CDT Añasco | Billing | Closed | 08/16/2013 8:17 AM |
| 140411 | CDT AÑASCO Activaciones CDT AÑASCO | Inbox\Carlos Vaca | David Alicea | CDT Añasco | Billing | Closed | 08/16/2013 1:56 PM |
| 140454 | CDT Añasco - Cuando se aplica el descuento daña los balance | Inbox\Jose Melendez | Elvin Santiago | CDT Añasco | Billing | Closed | 08/19/2013 8:05 AM |
| 140535 | CDT Añasco Activacion Internacional | Inbox\Carlos Vaca | David Alicea | CDT Añasco | Billing | Closed | 08/19/2013 5:25 PM |
| 140537 | CDT Añasco Activacion Reforma SSS | Inbox\Carlos Vaca | David Alicea | CDT Añasco | Billing | Closed | 08/19/2013 5:27 PM |
| 140538 | CDT Añasco Activacion Procsam | Inbox\Ana Claribel Quiroz | David Alicea | CDT Añasco | Billing | Closed | 08/19/2013 5:31 PM |
| 140539 | CDt Añasco activacion MCS Comercial | Inbox\Ana Claribel Quiroz | David Alicea | CDT Añasco | Billing | Closed | 08/19/2013 5:34 PM |
| 140540 | CDT Añasco Activacion Cigna Preferred | Inbox\Ana Claribel Quiroz | David Alicea | CDT Añasco | Billing | Closed | 08/19/2013 5:36 PM |
| 140820 | CDT Añasco Activacion varios seguros | Waiting Customer Information | Elvin Santiago | CDT Añasco | Billing | Closed | 09/22/2013 3:51 PM |
| 140856 | Inactivar tarifa International RX- Interpretacion Seguro 26 EGY | Inbox\Carlos Vaca | Elvin Santiago | CDT Añasco | Billing | Closed | 08/23/2013 10:54 AM |
| 140899 | Llamada Oncall Añasco | Inbox\Armando Gonzalez | Brenda Duran | CDT Añasco | User Maintenance | Closed | 08/24/2013 11:56 PM |
| 140900 | Llamada oncall CDT Añasco | Inbox\Armando Gonzalez | Anidel Cortes | CDT Añasco | Laboratory | Closed | 08/25/2013 7:35 AM |
| 141153 | CDT Añasco carta autorizacion limpieza pantallas | Marihor Canino - Dev | David Alicea | CDT Añasco | Serv.Req. - Software | Closed | 08/29/2013 2:17 PM |
| 145160 | No corrio billing CDT Añasco | Inbox\Carlos Vaca | David Alicea | CDT Añasco | Billing | Closed | 10/23/2013 12:44 PM |
| 145452 | Añadir Opciones | Inbox\Ana Claribel Quiroz | Erving Santiago | CDT Añasco | User Maintenance | Closed | 10/28/2013 11:46 AM |
| 145453 | Definir como requerido el tipo de Registro en Pantalla Man de Registro | Inbox\Ana Claribel Quiroz | Erving Santiago | CDT Añasco | Billing | Closed | 10/28/2013 11:48 AM |
| 145728 | Instalar clinnet PC CDT Añasco | Inbox\Ana Claribel Quiroz | Brenda Duran | CDT Añasco | Emergency Room | Closed | 10/31/2013 3:11 PM |
| 155412 | Forma 1500 02-12 CDT Añasco | Pending Software Upgrades | Anidel Cortes | CDT Añasco | Sablamed Internal | Closed | 04/01/2014 3:54 PM |