**IN THE UNITED STATES BANKRUPTCY COURT**

**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**COLONIAL MEDICAL MANAGEMENT CORP**<br><br>**66–0765464**<br><br>               Debtor(s) | Case No. **17–06925 BKT**<br><br>Chapter **11**<br><br><br>FILED & ENTERED ON 11/6/18 |

### *ORDER*

DEBTOR's objection to claim No. #8 (docket entry #105) is hereby denied without prejudice for:

☐   Failure to comply with LBR 3007–1 (a): SCRA (Affidavit of Military Service)

☐   Failure to comply with LBR 3007–1 (c): Objection Language

☐   Failure to comply with FRBP 7004(b)(1), made applicable to contested matters by FRBP 9014(b): Evidence of service to the individual claimant.

☐   Failure to comply with FRBP 7004(b)(3), made applicable to contested matters by FRBP 9014(b): Evidence of service to the officer or agent.

☐   Failure to comply with FRBP 7004(b)(4), made applicable to contested matters by FRBP 9014(b): Evidence of service to the United States Department of Justice, Washington DC and the United States Attorney's Office.

☐   Failure to comply with FRBP 7004(b)(6), made applicable to contested matters by FRBP 9014(b): Evidence of service to the Puerto Rico Department of Justice.

☑   Other: the reasons stated by claimant, SABIAMED, at docket #121

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, November 6, 2018 .

Brian K. Tester
United States Bankruptcy Judge