## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

### Minute Entry

### *Hearing Information:*

**Debtor**: COLONIAL MEDICAL MANAGEMENT CORP
**Case Number**: 17-06925-BKT11  **Chapter:** 11
**Date / Time / Room**: 02/06/2019 02:00 pm
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**:  CARMEN B. FIGUEROA
**Reporter Clerk:**  CARLOS APONTE

### *Matter:*

Hearing on Final approval of the disclosure statement and confirmation of plan

Motion to Dismiss or Convert Case From Chapter 11 to 7 filed by the United States Trustee and debtor's reply (docket #140 & 147)

Objection to confirmation of the plan filed by Municipality of Anasco (docket#113) and Sabiamed (docket #115)

Objection to disclosure statement filed by Sabiamed (docket #114)

Pretrial Conference to consider Debtor's objection to claim #12 by Claimant Municipio de Anasco (docket #106) and Municipio de Anasco's reply (docket #112)

### *Appearances:*

ADA M CONDE FOR DEBTOR
YAZMET PEREZ-GIUSTI FOR SABIAMED
JOSE DIAZ FOR THE UNITED STATES TRUSTEE
CARLOS M. HERNANDEZ LOPEZ FOR THE MUNICIPALITY OF ANASCO

### *Minutes of Proceedings and ORDER:*

Based on what was stated and agreed in open Court, the Municipality of Anasco is allowed ten (10) days to inform if an agreement has been reached with the debtor and until March 8, 2019 to inform if an agreement was been approved by the municipal assembly.

Once the agreement is filed, the debtor will file a motion requesting the voluntary dismissal of the instant case with a bar to refile for one (1) year.

The United States Trustee's Motion to Dismiss pursuant to 11 U.S.C. §1112 (docket #140) is held in abeyance. Upon the debtor's failure to comply as ordered, the same will be granted without further notice or hearing.

SO ORDERED.

/S/ BRIAN K. TESTER
U.S. Bankruptcy Judge