IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 17-06925-BKT11 |
| COLONIAL MEDICAL MANAGEMENT CORP | Chapter 11 |
| 66-0765464 | |
| Debtor(s) | FILED & ENTERED ON MAR/13/2019 |

ORDER DISMISSING CASE

Upon Debtor's failure to timely comply with the court's order at docket entry #161, it is now

ORDERED that this case be and hereby is dismissed with a bar to refile for one (1) year; and it is further

ORDERED that the Clerk shall dismiss and close any contested matter or adversary proceeding related to the instant case.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13 day of March, 2019.

Brian K. Tester
United States Bankruptcy Judge